PHILLIP A. TALBERT
Acting United States Attorney
ROSS PEARSON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:16-CR-0139-LJO-SKO |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; AND FINDINGS AND ORDER |
| v. | |
| GUMESINDO MENDOZA-MORENO, | DATE: October 11, 2016 TIME: 8:30 a.m. COURT: Hon. Lawrence J. O'Neill |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on October 11, 2016.

2. By this stipulation, defendant now moves to continue the status conference until November 14, 2016, and to exclude time between October 11, 2016, and November 14, 2016, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes over two hundred pages of records. The discovery includes the defendant's 202-page A-file, which the government produced to defense counsel on September 27, 2016. All of this

discovery has been either produced directly to counsel and/or made available for inspection and copying.

      b)      Counsel for defendant desires additional time to review, investigate, and understand the client's immigration history. Additionally, new sentencing guidelines set to take effect in November will affect defendant's guideline calculation. Counsel for defendant would desire additional time to consult with the government regarding a plea agreement once the new guidelines take effect.

      c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)      The government does not object to the continuance.

      e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 11, 2016 to November 14, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), (B)(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///

///

///

///

///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

IT IS SO STIPULATED.

Dated:  October 4, 2016                              PHILLIP A. TALBERT
                                                     Acting United States Attorney

                                                     /s/ ROSS PEARSON
                                                     ROSS PEARSON
                                                     Assistant United States Attorney

Dated:  October 4, 2016                              /s/ Charles J. Lee
                                                     Charles J. Lee
                                                     Assistant Federal Defender
                                                     Counsel for Defendant
                                                     GUMESINDO MENDOZA-
                                                     MORENO

**ORDER**

IT IS SO ORDERED.

   Dated:  **October 5, 2016**              **/s/ Lawrence J. O'Neill**
                                            UNITED STATES CHIEF DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3