1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  CHARLES J. LEE, #221057
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: 559-487-5561/Fax: 559-487-5950
5
   Attorney for Defendant
6  Gumesindo Mendoza-Moreno

7

8                 IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,        )   Case No.  1:16-cr-00139 LJO-SKO
                                      )
12                Plaintiff,          )   STIPULATION TO MODIFY TERM OF
                                      )   PRETRIAL RELEASE;  ORDER
13   vs.                              )
                                      )   JUDGE: Hon. Lawrence J. O'Neill
14   Gumesindo Mendoza-Moreno,        )
                                      )
15                Defendant.          )
                                      )
16   _____  )

17        IT IS HEREBY STIPULATED by and between the parties hereto through their

18   respective counsel that the following condition be added to Mr. Mendoza-Moreno's terms of

19   pretrial release:  "You must participate in a mental health treatment program as approved by the

20   pretrial services officer.  You must pay all or part of the costs of the counseling services based

21   upon your ability to pay, as determined by the pretrial services officer."  All other conditions

22   remain in full effect.

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

DATED:  November 7, 2016          */s/ Ross Pearson*
ROSS PEARSON
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED:  November 7, 2016          */s/ Charles J. Lee*
CHARLES J. LEE
Assistant Federal Defender
Attorney for Defendant
GUMESINDO MENDOZA-MORENO


# O R D E R

**IT IS SO ORDERED** that the following condition be added to the terms of pretrial

release for Gumesindo Mendoza-Moreno: "You must participate in a mental health treatment

program as approved by the pretrial services officer.  You must pay all or part of the costs of the

counseling services based upon your ability to pay, as determined by the pretrial services

officer."

All other conditions remain in full force and effect.

IT IS SO ORDERED.

Dated:   **November 8, 2016**          **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE