1   HEATHER E. WILLIAMS, Bar #122664
    Federal Defender
2   CHARLES J. LEE, Bar #221057
    Assistant Federal Defender
3   2300 Tulare Street, Suite 330
4   Fresno, California  93721-2226
    Telephone: (559) 487-5561
5
6   Attorneys for Defendant
    GUMESINDO MENDOZA-MORENO
7

8                   IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          )   NO. 1:16-cr-00139 LJO-SKO
                                        )
12                     Plaintiff,       )   STIPULATION AND ORDER TO CONTINUE
                                        )   STATUS CONFERENCE
13   vs.                                )
                                        )   Date:   February 6, 2017
14   GUMESINDO MENDOZA-MORENO,          )   Time:   8:30 a.m.
                                        )   Judge:  Hon. Lawrence J. O'Neill
15                     Defendant.       )
16   _____      )

17

18        IT IS HEREBY STIPULATED by and between the parties hereto, through their

19   respective counsel, that the status conference hearing in the above-captioned matter now set for

20   November 14, 2016, may be continued until February 6, 2017, at 8:30 a.m., before the Honorable

21   Lawrence J. O'Neill.

22        The parties have had several settlement discussions regarding this case.  The government

23   has provided supplemental discovery to defense, including a copy of the defendant's "A-file."

24   As client's deportation occurred in 1990 and his predicate offense occurred in the early 1980s,

25   defense counsel is still trying to locate some of the applicable records.  In order to complete its

26   investigation, as well as to more fully understand the immigration consequences of any potential

27   settlement agreement, defense is seeking additional time for preparation on the case.

28   Additionally, the sentencing guidelines for the instant offense materially changed earlier this

1   month.

2          The requested continuance is with the intention of conserving time and resources for both

3   parties and the court.  The parties agree that the delay resulting from the continuance shall be

4   excluded in the interests of justice, including but not limited to, the need for the period of time

5   set forth herein for effective defense preparation, defense investigation, and plea negotiation

6   purposes pursuant to 18 U.S.C.  §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

7                                               Respectfully submitted,

8                                               PHILLIP A. TALBERT
                                                Acting United States Attorney
9

10  DATED: November 7, 2016              By:    /s/ Ross Pearson
                                                ROSS PEARSON
11                                              Assistant United States Attorney
                                                Attorney for Plaintiff
12

13                                              HEATHER E. WILLIAMS
                                                Federal Defender
14
    DATED: November 7, 2016              By:    /s/ Charles J. Lee
15                                              CHARLES J. LEE
                                                Assistant Federal Defender
16                                              Attorneys for Defendant
                                                GUMESINDO MENDOZA-MORENO
17

18                                    **O R D E R**

19

20

21  IT IS SO ORDERED.

22      Dated:   **November 8, 2016**              **/s/ Lawrence J. O'Neill**
23                                              UNITED STATES CHIEF DISTRICT JUDGE

24

25

26

27

28