PHILLIP A. TALBERT
United States Attorney
ROSS PEARSON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:16-CR-00139-LJO |
|---|---|
| Plaintiff, | STIPULATION TO EXTEND UNITED STATES' TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS (note change in hearing date, other than that proposed by stipulation) |
| v. | |
| GUMESINDO MENDOZA-MORENO, | DATE: July 10, 2017 |
| Defendants. | TIME: 10:30 a.m. |
| | COURT: Hon. Lawrence J. O'Neill |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

On March 6, 2017, this Court set a motion schedule in this case. The defendant timely filed his motion to dismiss on May 29, 2017. In the course of responding to the Motion to Dismiss, the United States discovered additional facts relevant to its response, and it is currently seeking documentation regarding those facts.

Specifically, the defendant in his motion argues that an I-130 petition, which his daughter filed in 2014, caused immigration officials to discover Mendoza-Moreno's prior conviction and deportation. *See* Def. Motion to Dismiss, pp. 18-19. This petition is not part of the defendant's A-File, and the United States is currently attempting to obtain this petition from U.S. Citizenship and Immigration Services. The United States has attempted to timely obtain this petition, but has been unable to do so despite the exercise of due diligence.

TYPE PLEADING NAME

1

In addition, the parties are currently engaged in plea negotiations and believe a continuance may allow them to resolve the case.

The parties stipulate to modify the briefing schedule as follows: the United States brief shall be due on July 3, 2017; the defendant's reply shall be due on July 17, 2017; and the hearing shall be set for July 31, 2017. (The hearing is changed so that the Court will have time to have read the reply. It is required to be out of the District the week of July 24th at the Ninth Circuit Conference).

Defense does not oppose the Government's request for additional time. However, defense would like to make clear it is reserving all rights, arguments, and motions and its agreement to this stipulation is separate and apart from any other legal issue. Specifically, defense anticipates legal argument, among other things, concerning the daughter's I-130 petition not having been provided in discovery after numerous discovery conversations with the government, that the I-130 is not part of the defendant's A-file even after the ICE certification, and that the I-130 has not been disclosed after the oral representation from ICE agents that defense counsel has been allowed to inspect the full A-file and has been provided with all immigration documents that pertain to Mr. Mendoza-Moreno.

Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 10, 2017, to July 24, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at government's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

In addition, this period of delay is excludable pursuant to 18 U.S.C. § 3161(h)(1)(D) as "delay resulting from any pretrial motion, from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of such motion."

IT IS SO STIPULATED.

Dated: June 16, 2017

PHILLIP A. TALBERT
United States Attorney

By: /s/ ROSS PEARSON
ROSS PEARSON
Assistant United States Attorney

s

Dated: June 16, 2017

/s/ CHARLES J. LEE
CHARLES J. LEE
Counsel for Defendant
GUMESINDO MENDOZA-MORENO

**FINDINGS AND ORDER**

IT IS SO FOUND.

IT IS SO ORDERED.

Dated: **June 19, 2017**   **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE