| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | CHARLES J. LEE, Bar #221057 |
| | PEGGY SASSO, Bar #228906 |
| 3 | Assistant Federal Defenders |
| 4 | 2300 Tulare Street, Suite 330 |
| | Fresno, California 93721-2226 |
| 5 | Telephone: (559) 487-5561 |
| 6 | |
| | Attorneys for Defendant |
| 7 | GUMESINDO MENDOZA-MORENO |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:16-cr-00139 LJO-SKO |
|---|---|
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE |
| | ) MOTIONS HEARING ON DEFENDANT'S |
| vs. | ) MOTION TO DISMISS |
| | ) |
| GUMESINDO MENDOZA-MORENO, | ) Date: September 18, 2017 |
| | ) Time: 10:30 a.m. |
| Defendant. | ) Judge: Hon. Lawrence J. O'Neill |
| | ) |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the motions hearing in the above-captioned matter now set for July 31, 2017, may be continued until September 18, 2017, at 10:30 a.m., before the Honorable Lawrence J. O'Neill.

Mr. Mendoza-Moreno timely filed his motion to dismiss on May 26, 2017. After agreeing to an extension of time for the government's opposition, the government filed its opposition on July 3, 2017. In its opposition, the government incorporated new documents not previously disclosed and contemporaneously produced an additional 93 pages of discovery to the defense.

Defense has requested that the government make available for inspection these newly-disclosed documents. The government informed defense that it anticipates it would take

approximately one month to have the original documents transferred to Fresno. The parties have tentatively scheduled August 22, 2017 for defense to inspect the documents. The defense would then file its reply brief on September 11, 2017, with a hearing on the motion on September 18, 2017 at 10:30 a.m.

The requested continuance is with the intention of conserving time and resources for both parties and the court. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, defense investigation, plea negotiation purposes and the filing of motions pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

DATED: July 12, 2017        By:    /s/ *Ross Pearson*
                                   ROSS PEARSON
                                   Assistant United States Attorney
                                   Attorney for Plaintiff


                                   HEATHER E. WILLIAMS
                                   Federal Defender

DATED: July 12, 2017        By:    /s/ *Charles J. Lee*
                                   CHARLES J. LEE
                                   Assistant Federal Defender
                                   Attorneys for Defendant
                                   GUMESINDO MENDOZA-MORENO

# **O R D E R**

The defense shall file its reply brief by September 11, 2017. The hearing on the motion will be set on September 18, 2017 at 10:30 a.m.

IT IS SO ORDERED.

Dated: __**July 12, 2017**__             __/s/ Lawrence J. O'Neill__
                                                    UNITED STATES CHIEF DISTRICT JUDGE