1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  PEGGY SASSO, CA Bar #228906
   CHARLES J. LEE, CA Bar ##221057
3  Assistant Federal Defenders
   Designated Counsel for Service
4  2300 Tulare Street, Suite 330
   Fresno, California 93721-2226
5  Telephone: (559) 487-5561

6  Attorneys for Defendant
   GUMESINDO MENDOZA-MORENO
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        ) No. 1:16-cr-00139-LJO-SKO
                                     )
12           *Plaintiff,*             )
                                     )
13     v.                            ) WAIVER OF DEFENDANT'S PERSONAL
                                     ) PRESENCE; ORDER
14  GUMESINDO MENDOZA-MORENO,        ) THEREON
                                     )
15           *Defendant.*             )
                                     )
16  _____ )

17

18         Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, Gumesindo Mendoza-Moreno, having

19  been advised of his right to be present at all stages of the proceedings, hereby requests that this

20  Court proceed in his absence on every occasion that the Court may permit, pursuant to this

21  waiver. Defendant agrees that his interests shall be represented at all times by the presence of his

22  attorney, the Office of the Federal Defender for the Eastern District of California, the same as if

23  Defendant were personally present, and requests that this court allow his attorney-in-fact to

24  represent his interests at all times. Defendant further agrees that notice to Defendant's attorney

25  that Defendant's presence is required will be deemed notice to the Defendant of the requirement

26  of his appearance at said time and place.

27  ///

28

DATED: 9/18/2017              */s/ Gumesindo Mendoza-Moreno*
                              GUMESINDO MENDOZA-MORENO
                              Defendant

DATED: 9/18/2017              */s/ Aimee K. Benavides*
                              Spanish Interpreter

DATED: 9/18/2017              */s/ Charles J. Lee*
                              CHARLES J. LEE
                              Assistant Federal Defender
                              Attorneys for
                              GUMESINDO MENDOZA-MORENO

**O R D E R**

GOOD CAUSE APPEARING, Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order.

IT IS SO ORDERED.

Dated: **September 19, 2017**      /s/ Lawrence J. O'Neill
                                   UNITED STATES CHIEF DISTRICT JUDGE